**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: February 28, 2012**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 11-15068 |
| | : | |
| **Mark Sidney Hall** | : | Chapter 13 |
| **Nancy Anne Hall** | : | |
| | : | **Judge Hopkins** |
| **Debtors** | : | |
| | : | ORDER GRANTING |
| | : | OBJECTION TO PROOF OF |
| | : | CLAIM WITH NOTICE OF |
| | : | OBJECTION |

This matter is before the Court on the Debtors' **OBJECTION TO PROOF OF CLAIM WITH NOTICE OF OBJECTION** (Doc. 41). For the reasons stated in the Objection, and due to no timely Response to the Objection having been filed, the Objection is hereby **GRANTED**, as to the relief sought in the Objection.

It is hereby **ORDERED** that Claim 23 be disallowed in full.

**SO ORDERED**

Distribution:

Default List Plus Additional Parties:

HSBC Bank Nevada, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

Rita Torres
Administrative Assistant
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

###